| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 1:18CR00084-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 24-cr-203 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Utah | DIVISION Central |
|---|---|---|
| Dajuan Michele Lawley | NAME OF SENTENCING JUDGE Chief Robert J. Shelby | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM June 24, 2024 — TO June 23, 2029 |

OFFENSE
Count 1: **Distribution of a Controlled Substance (Cocaine); Count 2: Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Lawley has resided in Nevada since June 24, 2024. The Court is aware Mr. Lawley was involved in a domestic violence event shortly after release from custody. This behavior will require him to participate in treatment to address his anger. The defendant has established ties in Nevada and has no support or connections to Utah. The District of Nevada has requested we initiate transfer of jurisdiction.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Central  DISTRICT OF  Utah

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Nevada  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

8/16/2024
Date

Chief United States District Judge Robert J. Shelby

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE        DISTRICT OF  Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/13/2024
Effective Date

United States District Judge

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Dajuan Michele Lawley

Case No.:  To Be assigned

**REQUEST TO ACCEPT TRANSFER OF JURISDICTION**

September 12, 2024

TO:   The Honorable District Court Judge

On August 15, 2019, Lawley was sentenced by the Honorable Robert J. Sheby in the District of Utah (D/UT) to 78 months custody followed by five (5) years of supervised release for committing the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Crime. On June 24, 2024, supervision commenced in the District of Nevada (D/NV).

On August 15, 2024, Lawley's supervision was revoked in the D/UT due to Lawley being arrested, charged, and convicted of a new law violation.  Specifically, he was convicted of Domestic Violence. Lawley was allowed to return to the D/NV to continue his supervised release.  Lawley has continued to incur violations of supervision in his three (3) months on supervision. The purpose of this letter is to request a Transfer of Jurisdiction so that these violations can be addressed more expeditiously.

As noted by the signature on the Transfer of Jurisdiction form (Prob. 22) District Court Judge Robert J. Sheby has agreed to relinquish jurisdiction. Should the Court agree with the request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

Should the Court have any questions, please contact the undersigned at Deleyna_Jensen@nvp.uscourts.gov or at (702) 236-2134.

Respectfully submitted,

Deleyna Jensen
United States Probation Officer

Digitally signed by Deleyna Jensen
Date: 2024.09.12 08:44:07 -07'00'

Approved:

Amberleigh Barajas
Supervisory United States Probation Officer

Digitally signed by Amberleigh Barajas
Date: 2024.09.12 08:29:41 -07'00'